**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 25 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 17-15448 |
| Plaintiff-Appellant, | D.C. No. 1:13-cv-00747-SAB |
| v. | |
| M. D. BITER, Warden; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Stanley Albert Boone, Magistrate Judge, Presiding

Submitted June 12, 2018**

Before:    RAWLINSON, CLIFTON and NGUYEN, Circuit Judges.

Jamisi Jermaine Calloway, a California state prisoner, appeals pro se from

the magistrate judge's judgment dismissing his 42 U.S.C. § 1983 action alleging

constitutional claims.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

novo whether the magistrate judge validly entered judgment on behalf of the

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Calloway consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636 (c). The magistrate judge then screened and dismissed Calloway's action before the named defendants had been served. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A. Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's judgment and remand for further proceedings.

**VACATED and REMANDED.**